## CASSIDY–SOUTHWESTERN COMMISSION CO. v. WHEELER & MARTIN. (No. 6646.)

(Court of Civil Appeals of Texas. San Antonio. Dec. 14, 1921.)

Corporations ☞503(1)—An agent held to be the local agent for a corporation, so that action could be maintained against it in the county wherein the agent had his office.

Where an agent, representing a commission company, had an office in a certain county, solicited shipments of live stock for the company, had the company's sign, and the officers of the company knew that he had the office, and most of them had visited it, he was the local agent for the company, and an action against it could be maintained in that county by service on such agent, under Rev. St. 1911, art. 1830, exception 24, providing for suit against a corporation in a county in which it has an agency.

Appeal from Bexar County Court; McCollum Burnett, Special Judge.

Action by Wheeler & Martin against the Cassidy-Southwestern Commission Company. From a judgment overruling defendant's plea of privilege to be sued in Tarrant county, defendant appeals. Affirmed.

Birkhead & Lang, F. Stevens, and Werner N. Beckmann, all of San Antonio, for appellant.

C. A. Davies and R. L. Neal, both of San Antonio, for appellee.

FLY, C. J. Appellees sued appellant to recover the value of three steers, which were converted to its own use by appellant. The latter filed its plea of privilege to be sued in Tarrant county, Tex., which was controverted by appellees. Upon hearing the facts, judgment was rendered overruling the plea of privilege, and from that order this appeal has been perfected.

Appellant is a commission company engaged in the business of selling cattle shipped to it in the city of Fort Worth, Tex., and at times advancing loans on cattle. Leo A. Callan was representing the company in San Antonio, and had been for about five years. He solicited shipments of live stock for the company. He had an office in the St. Anthony Hotel, San Antonio, on the mezzanine floor, and he had a sign there, "Cassidy-Southwestern Commission Company, Fort Worth, Oklahoma City, Kansas City, and St. Louis." The officers of the company knew that Callan maintained an office there, and most of them had visited it. He was the local agent of the company. Rev. Stats. art. 1830, exception 24.

The letter written by the company July 12, 1920, to appellees, was sufficiently identified, and in that letter reference was made to "our San Antonio office." Callan obtained loans from his company for those desiring them, and consummated loans in San Antonio.

The judgment is affirmed.